UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXINE ANGELLA DAVIS,

               Plaintiff,

               v.

MARTIN O'MALLEY, COMMISSIONER OF
SOCIAL SECURITY,

               Defendant.

22-CV-2437 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 2, 2023, the Court ordered the parties to meet and confer regarding whether they consent to conducting all further proceedings before Magistrate Judge Stewart D. Aaron. The Court is now in receipt of a letter from Defendant, dated July 16, 2024, stating that he has been unable to contact Ms. Davis or confirm if she consents to conducting all proceedings before Judge Aaron. Accordingly, Defendant shall make an additional attempt to contact Ms. Davis.

No later than August 2, 2024, if both parties consent to proceed before Judge Aaron, counsel for the Defendant shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. If Defendant is again unable to reach Ms. Davis, he shall file a further status update with the Court by August 2, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Davis, along with a copy of the Court's July 2, 2024 Order, Dkt. No. 17.

SO ORDERED.

Dated:      July 19, 2024
            New York, New York

                                                  _____
                                                Hon. Ronnie Abrams
                                                United States District Judge