UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAXINE ANGELLA DAVIS,

                Plaintiff,                            24 **CIVIL** 2437 (RA)

    -against-                                  **JUDGMENT**

THE SOCIAL SECURITY ADMINISTRATION,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 2, 2025, that the Commissioner's motion to dismiss is converted to a motion for summary judgment, and that motion is granted. Consistent with Judge Aaron's recommendation, this matter is hereby remanded to the SSA to respond to Plaintiff's January 15, 2024 Request for Reconsideration. Accordingly, the case is closed.

**Dated:** New York, New York

      January 2, 2025

                                                      **TAMMI M. HELLWIG**
                                                       Clerk of Court

                                **BY:**
                                                          **Deputy Clerk**